**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7390**

---

GERARDO MARTINEZ; VINCENT T. MARTINEZ,

Petitioners - Appellants,

versus

STATE OF SOUTH CAROLINA JUSTICE COMMITTEE;
MICHAEL MOORE, Commissioner of South Carolina
Department of Corrections; CHARLIE CONDON, At-
torney General of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-96-3739-6)

---

Submitted:  December 18, 1997      Decided:  January 7, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gerardo Martinez, Vincent T. Martinez, Appellants Pro Se.  Donald
John Zelenka, Chief Deputy Attorney General, Lauri J. Soles, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Caro-
lina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's order denying relief on their petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Martinez v. State of South Carolina Justice Comm., No. CA-96-3739-6 (D.S.C. Sept. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED